UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No. 5:25-CV-00740-M-RJ

| | | |
|---|---|---|
| MARK ANTHONY HALL, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **EXTENSION OF TIME TO MOVE,** |
| v. | ) | **FILE AN ANSWER OR OTHERWISE** |
| | ) | **PLEAD TO PLAINTIFF'S** |
| GREYSTAR LLC, | ) | **COMPLAINT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOW COMES** Defendant Greystar Management Services, LLC ("Defendant")[1], by and through its undersigned counsel, and pursuant to Federal Civil Procedure Rule 6(b) and Local Rule 6.1(a), moves the Court for an Order extending the deadline for Defendant to move, file an answer or otherwise plead to the *Complaint For Employment Discrimination* ("Complaint") filed by *pro se* Plaintiff Mark Anthony Hall ("Plaintiff"). In support of this Motion, Defendant respectfully states to the Court as follows:

1.      On November 17, 2025, Plaintiff filed the Complaint. (D.E. 1).

2.      On February 9, 2026, Defendant was served with the Complaint and *Summons*.

3.      Defendant's current deadline to move, file an Answer or otherwise plead to the Plaintiff's *Complaint* is March 2, 2026.

4.      As a result, the time has not yet expired for Defendant to respond to the Complaint.

---

[1] Defendant Greystar Management Services, LLC is incorrectly referred to in Plaintiff's Complaint as "Greystar LLC."

5. Relatedly, Defendant needs additional time to investigate, gather and review information before Defendant will be in a position to move, file an Answer or otherwise plead to Plaintiff's Complaint.

6. Accordingly, Defendant respectfully requests an additional 30 days to move, file an Answer or otherwise plead to Plaintiff's Complaint, up to and including, April 1, 2026.

7. On February 27, 2026, Defendant's undersigned counsel contacted Plaintiff to obtain his consent to this Motion. During that conference, Plaintiff indicated that he would not consent to an extension of time for Defendant to move, file an Answer or otherwise plead to Plaintiff's Complaint. However, Plaintiff did not provide any specific reason as to why he would not consent to Defendant's request.

8. Defendant's Motion is supported by "good cause" and is not for purposes of delay.

9. A proposed Order granting Defendant's Motion is attached hereto as "Exhibit 1."

**WHEREFORE,** Defendant, without waiving any defenses to the Complaint, respectfully requests that the Court enter an Order extending the deadline for Defendant to move, file answer or otherwise plead to Plaintiff's *Complaint*, up to and including, **April 1, 2026**.

Respectfully submitted this the 27th day of February, 2026.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: /s/ *Paul S. Holscher*
Paul S. Holscher
N.C. State Bar No. 33991
*Attorney for Defendant*
8529 Six Forks Road, Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: (919) 787-9700
Facsimile: (919) 783-9412
Email: Paul.Holscher@ogletree.com

Case 5:25-cv-00740-M-RJ     Document 9     Filed 02/27/26     Page 2 of 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No. 5:25-CV-00740-M-RJ

| | | |
|---|---|---|
| MARK ANTHONY HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **<u>CERTIFICATE OF SERVICE</u>** |
| | ) | |
| GREYSTAR LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned counsel hereby certifies that on February 27, 2026, *Defendant's Motion for Extension of Time to Move, File an Answer or Otherwise Plead to Plaintiff's Complaint* was electronically filed with the Clerk of Court using the CM/ECF system, and that a copy of this document will be sent via regular mail to:

Mark Anthony Hall
200 Star Street
Raleigh, NC 27610
*Pro se Plaintiff*

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Paul S. Holscher*
Paul S. Holscher
N.C. State Bar No. 33991
*Attorney for Defendant*
8529 Six Forks Road, Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: (919) 787-9700
Facsimile: (919) 783-9412
Email: Paul.Holscher@ogletree.com

95026648.v1-OGLETREE