IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:25-CV-00740-M-RJ

MARK ANTHONY HALL                      )
                                       )
            Plaintiff(s),              )
                                       )
      v.                               )
                                       )
Greystar Management Services, LLC      )
                                       )
            Defendant(s).              )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

__Greystar Management Services, LLC__ who is __Defendant_____,
(name of party/intervenor)            (plaintiff/defendant/other:_____)

makes the following disclosure:

1.  Is the party/intervenor a publicly held corporation or other publicly held entity?

    YES  ◯                    NO  ◉

2.   Does the party/intervenor have any parent corporations?

    YES  ◉                    NO  ◯

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

Greystar Real Estate Partners, LLC; GREP General Partner, LLC

3.  Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    YES  ◯                    NO  ◉

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

   YES ○        NO ◉

5. Is the party/intervenor a trade association?

   YES ○        NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| | |
|---|---|
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: _____

Date: _____3/2/2026_____

2